UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-22154-BLOOM/Elfenbein

NIOVER CASTILLO VALDES,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
WELLS FARGO BANK, N.A.,
CAPITAL ONE BANK, N.A.,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION, LLC,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Proposed Settlement, ECF No. [59], indicating that Plaintiff and Midland Credit Management, Inc. have reached a settlement of the claims in this case. It now appears that Plaintiff has either voluntarily dismissed or settled with all the defendants in this case. *See* ECF Nos. [51], [52], [55], [56], [57], [59].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to allow the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 24-cv-22154-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 15, 2024.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record